AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Jorge Tirado
102 Chester Street
Allston, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1150 - JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 2004 to the present__ in __Suffolk__ county, in the __District of__ __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) conspire with Umberto Medrano, Luis Vizcarra, Alejandro Rodriguez, and Alejandro Garcilia, and others to distrbute cocaine

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
Official Title

facts:
see attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

S. Vincent M. _____
Signature of Complainant

Sworn to before me and subscribed in my presence,

9-11-05 at 5:58pm         at   North Reading, Massachusetts
Date                                        City and State

Rober B. Collings, U.S. Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City**    Allston, Jamaica Plain    **Related Case Information:**

**County**    Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jorge Tirado    Juvenile:    ☐ Yes    X No

Alias Name

Address    102 Chester Street, Allston, Massachusetts

Birthdate: 1973    SS # _____    Sex: Male    Race: Hispanic    Nationalit Mexican

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA    William Connolly    Bar Number if applicable _____

Interpreter:    X Yes    No    List language and/or dialect:    Spanish

Matter to be SEALED:    X Yes    No

    X Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

    Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    X Complaint    ☐ Information    Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    September 12, 2005    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jorge Tirado

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | conspiracy to distribute cocaine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____